**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 21-cv-21134-UU

CAMILA VICARIO, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

DISNEY STORE USA, LLC,

    Defendant.
_____/

**ORDER**

    THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal Without Prejudice, D.E. 18 ("Notice"). The Court has considered the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises. The Notice dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, it is

    ORDERED AND ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court SHALL administratively close this case. All future hearings are CANCELED and all pending motions are DENIED AS MOOT.

    DONE AND ORDERED in Chambers in Miami, Florida, this _20th_ day of April 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record via CM/ECF